# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEESHAWN SUTTON,**

        **Plaintiff,**

**-vs-**                                                     **Case No.  6:05-cv-1130-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff's Uncontested Motion to Dismiss (Doc. No. 18), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on March 10, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties